

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

October 4, 2006

*800 Lafayette Street, Suite 2100*  *300 Fannin Street, Suite 1167*
*Lafayette, LA 70501*  *Shreveport, LA 71101-3083*
*1-866-323-1101*  *1-866-323-1101*

Clerk of Court, 26Th Judicial District Courthouse
Bossier Parish, Louisiana Parish Courthouse
P. O. Box 430
Benton, Louisiana 71006

      In re:  Civil Action No.  06-1323
            Your Case No.  120,394-C
            Donaldlee "Wade" Glovier vs.  Barton Homes, L.L.C., et al

Dear  Madam:

      Please be advised that the above captioned matter has been remanded to your Court.  We enclose herewith certified copies of our docket entries and the Judgment or Order to Remand.

      The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF.  Our website is https://ecf.lawd.circ5.dcn; counsel may access this database to obtain any pleadings you require.

      Please acknowledge receipt on the enclosed copy of this letter.

      For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

      THUS DONE  October 4, 2006.

                                            ROBERT H. SHEMWELL
                                            CLERK OF COURT

db