

## United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

October 4, 2006

*800 Lafayette Street, Suite 2100*  *300 Fannin Street, Suite 1167*
*Lafayette, LA 70501*  *Shreveport, LA 71101-3083*
*1-866-323-1101*  *1-866-323-1101*

```
                U.S. DISTRICT COURT
              WESTERN DISTRICT OF LOUISIANA
                      RECEIVED
```

Clerk of Court, 26ᵀʰ Judicial District Courthouse
Bossier Parish, Louisiana Parish Courthouse
P. O. Box 430
Benton, Louisiana 71006

OCT 1 0 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

In re:  Civil Action No. 06-1323
        Your Case No. 120,394-C
        Donaldlee "Wade" Glovier vs. Barton Homes, L.L.C., et al

Dear Madam:

   Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith certified copies of our docket entries and the Judgment or Order to Remand.

   The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is https://ecf.lawd.circ5.dcn; counsel may access this database to obtain any pleadings you require.

   Please acknowledge receipt on the enclosed copy of this letter.

   For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

   THUS DONE October 4, 2006.

                                          ROBERT H. SHEMWELL
                                          CLERK OF COURT

db



FILED
OCT 06 2006

DEPUTY CLERK
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH, LOUISIANA